UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOTOYA ATKINSON,

          Plaintiff,

   v.

CARRIER CORPORATION,

          Defendant.

Case No. 26-cv-02423-HSG

**SCHEDULING ORDER**

A case management conference was held on June 30, 2026. Having considered the parties' proposals, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | September 30, 2026 |
| Close of Fact Discovery | February 25, 2027 |
| Exchange of Opening Expert Reports | March 19, 2027 |
| Exchange of Rebuttal Expert Reports | April 20, 2027 |
| Close of Expert Discovery | May 17, 2027 |
| Dispositive Motion and Daubert Hearing Deadline | July 22, 2027, at 2:00 p.m. |
| Pretrial Conference | October 12, 2027, at 3:00 p.m. |
| Jury Trial (7 days) | October 25, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This Order **TERMINATES** the parties' stipulation and proposed order, Dkt. No. 16.

**IT IS SO ORDERED.**

Dated:  7/8/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2