DOUGLAS B. HAYES, STATE BAR NO. 232709
dh@brockgonzales.com
KENDALL R. WEAVER, STATE BAR NO. 354202
kw@brockgonzales.com
BROCK & GONZALES, LLP
6701 CENTER DRIVE WEST,
STE. 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673
Fax: (310) 961-3673

**Attorneys for Plaintiff**
Lotoya Atkinson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOTOYA ATKINSON, an individual,

Plaintiff,

vs.

CARRIER CORPORATION, a Delaware corporation; and
DOES 1-50, inclusive,

Defendants.

Case No.: 4:26-cv-02423-HSG

Assigned to: Hon. Haywood S. Gilliam,
Complaint Filed: January 7, 2026

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**

B&G BROCK & GONZALES

B&G | BROCK & GONZALES

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lotoya Atkinson and Defendant Carrier Corporation, through their respective counsel, hereby stipulate as follows:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice.
2. Each party is to bear its own fees and costs.
3. The attached order shall be entered.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 1, 2026

BROCK & GONZALES, LLP

*<u>/s/ Douglas B. Hayes</u>*
DOUGLAS B. HAYES
KENDALL R. WEAVER

Attorneys for Plaintiff
LOTOYA ATKINSON

Dated: October 1, 2026

LITTLER MENDELSON, P.C.

*<u>/s/ Kurt Bockes</u>*
KURT BOCKES
REX S. YOSHIDA

Attorneys for Defendant
CARRIER CORPORATION

**FILER'S ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I Kurt Bockes certify that all electronic signatures above have been duly authorized by signatory counsel and have authorized the filing.

**ORDER**

Pursuant to the stipulation of the parties, Case No. 4:26-cv-02423-HSG is dismissed in its entirety with prejudice, with each side bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 10/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge